**Kenneth Bieschke and Katherine Bieschke, Plaintiffs-Appellants, v. Louis G. Schwitzenberg and Bertha Schwitzenberg, et al., Defendants-Appellees.**

**Gen. No. 47,543.**

First District, Third Division.

April 22, 1959.

Released for publication June 22, 1959.

Frank Licastro, Sr., for plaintiffs-appellants; Wexler & Wexler, and Cohon & Goldstein (Samuel S. Cohon, of counsel) for appellees. Opinion by JUSTICE BURKE. **Not to be published in full.**